Case 1:21-cr-00040-DKW Document 39 Filed 03/28/24 Page 1 of 1 PageID.269

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) — Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

United States of America
v.
**KANANI PADEKEN**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 28, 2024, 8:40 am
Lucy H. Carrillo, Clerk of Court

Case No: CR 21-00040DKW-01
USM No: 58127-509

Date of Original Judgment: 09/07/2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Salina M. Kanai, Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **10** months is reduced to **7 months**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The parties, through counsel, are in agreement with the sentence reduction contained in this Order.

CLARE E. CONNORS
Attorney for the United States of America
By: *Ken Sorenson* (Digitally signed by KENNETH SORENSON Date: 2024.03.25 11:12:35 -10'00')

Ken Sorenson, Chief
Assistant United States Attorney

SALINA M. KANAI
Office of the Federal Public Defender
Salina M. Kanai (Digitally signed by Salina M. Kanai Date: 2024.03.01 08:55:51 -10'00')

☑ The U.S. Probation Office has reviewed the calculations.

At the conclusion of the Amendment 821 proceedings, the Federal Public Defender will be terminated from the case unless the Federal Public Defender was the original counsel of record.

Except as otherwise provided, all provisions of the judgment dated **09/07/2023** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/28/2024

Effective Date: _____
*(if different from order date)*

*Judge's signature*
Chief Judge Derrick K. Watson
*Printed name and title*